## Pusey *v.* Masterson Building & Loan Assn. et al., Appellant.

Argued October 27, 1927.    Appeals Nos. 302, 303, 304, 305, October T., 1927, by defendants from judgment of M. C., Philadelphia County, April T., 1926, Nos. 1265, 1266, 1267, 1268, in the case of F. T. Pusey *v.* William P. Masterson Bldg. & Loan As's'n et al. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.    Reversed.

Assumpsit to recover for legal services.    Before WALSH, J.

The facts are stated in the opinion of the Superior Court.

Verdicts for plaintiff in the sum of $276 against each defendant, and judgments thereon.    Defendants appealed.

*Error assigned* was refusal of defendants' motion for judgment non obstante veredicto.

*Francis J. Walsh,* for appellant.

*Paul Van Reed Miller,* for appellee.

OPINION BY KELLER, J., March 2, 1928:

These appeals raise the same questions and only the same questions which were considered and passed upon in the case of F. T. Pusey v. Thomas McCaffrey Building and Loan Association, October T., 1927, No. 301. The cases were tried together in the court below, and argued together in this court, and call for the same judgment that was entered in that appeal.

The judgment in each case is reversed and is now entered in favor of the defendants.